## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

GAIL P. NUTTALL         :         Civil  Action No.  07-121 (SDW)

      Plaintiff (s)
                                :

vs

EZRA DABAH, et al         :

                                :         ORDER OF DISMISSAL

      Defendant(s)         :

It has been reported to the Court that the above-captioned matter has been settled,

**It is on this 4 day of APRIL, 2008**

**ORDERED** that this action is hereby dismissed with prejudice and without costs, subject to the right of the parties upon good cause shown within **60 days**, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                                **/s/ Susan D. Wigenton**
                                          UNITED STATES DISTRICT JUDGE