COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
JEFFREY W. HERRMANN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAIL P. NUTTALL and LESLIE LINDEMAN, Derivatively on Behalf of THE CHILDREN'S PLACE RETAIL STORES, INC., | Case No. 2:07-cv-121 (SDW/MCA) |
| Plaintiff, | Hon. Susan D. Wigenton, U.S.D.J. |
| vs. | Motion Date: June 16, 2008 |
| EZRA DABAH, et al., | |
| Defendants, | **JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |
| – and – | |
| THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, | |
| Nominal Defendant. | |

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of all Parties hereto, shall apply to the Honorable Susan D. Wigenton, U.S.D.J., for an Order preliminarily approving a settlement among the Parties, directing the issuance of notice, and scheduling a final settlement hearing, under the terms set forth in the proposed Preliminary Approval Order enclosed herewith.

In support of this Motion, counsel will rely upon the Memorandum of Law and Stipulation of Settlement submitted herewith.

Dated: May 23, 2008

*Counsel for Plaintiffs*

By: _____
 Peter S. Pearlman
 Jeffrey W. Herrmann
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423

-- and --

Robert B. Weiser
Brett D. Stecker
THE WEISER LAW FIRM, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Tel.: (610) 225-2677
Fax: (610) 225-2678

*Counsel for Individual Defendants Charles K. Crovitz, Malcolm L. Elvey, Robert Fisch, Clark Hinkley, Sally Frame Kasaks, John F. Megrue, David J. Oddi and Nominal Defendant The Children's Place Retail Stores, Inc.*

By: _____
Jack Wenik
Paula Tuffin
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel.: (973) 643-7000
Fax: (973) 643-6500

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of all Parties hereto, shall apply to the Honorable Susan D. Wigenton, U.S.D.J., for an Order preliminarily approving a settlement among the Parties, directing the issuance of notice, and scheduling a final settlement hearing, under the terms set forth in the proposed Preliminary Approval Order enclosed herewith.

In support of this Motion, counsel will rely upon the Memorandum of Law and Stipulation of Settlement submitted herewith.

Dated: May 23, 2008

*Counsel for Plaintiffs*

By:_____
Peter S. Pearlman
Jeffrey W. Herrmann
COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423

-- *and* --

Robert B. Weiser
Brett D. Stecker
THE WEISER LAW FIRM, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Tel.: (610) 225-2677
Fax: (610) 225-2678

*Counsel for Individual Defendants Charles K. Crovitz, Malcolm L. Elvey, Robert Fisch, Clark Hinkley, Sally Frame Kasaks, John F. Megrue, David J. Oddi and Nominal Defendant The Children's Place Retail Stores, Inc.*

By: /s/ Jack Wenik
Jack Wenik
Paula Tuffin
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel.: (973) 643-7000
Fax: (973) 643-6500

*Counsel for Individual Defendant Steven Balasiano*

By: _____
Robert Novack
Kenneth J. Cesta
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, NJ 07940
Short Hills, NJ 07078
Tel.: (973) 520-2300
Fax: (973) 520-2600

-- and --

Lawrence J. Zweifach
Karen Crupi
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
Tel.: (212) 832-8000
Fax: (212) 763-7600

-- and --

Jonathan D. Polkes
Anthony J. Albanese
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Individual Defendant Ezra Dabah*

By: _____
David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543
Tel.: (609) 620-3200
Fax: (609) 620-3259

Robert J. Jossen
Michael J. Gilbert
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Counsel for Individual Defendant Steven Balasiano*

By: /s/ Robert Novack
Robert Novack
Kenneth J. Cesta
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, NJ 07940
Short Hills, NJ 07078
Tel.: (973) 520-2300
Fax: (973) 520-2600

-- and --

Lawrence J. Zweifach
Karen Crupi
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
Tel.: (212) 832-8000
Fax: (212) 763-7600

-- and --

Jonathan D. Polkes
Anthony J. Albanese
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007


*Counsel for Individual Defendant Ezra Dabah*

By: _____
David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543
Tel.: (609) 620-3200
Fax: (609) 620-3259

Robert J. Jossen
Michael J. Gilbert
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Counsel for Individual Defendants Mario A. Ciampi, Richard Flaks, Neal Goldberg, Amy Hauk, Nina L. Miner, Mark L. Rose, Stanley Silverstein and Seth L. Udasin*

By: /s/ Jack Wenik
_____
Jack Wenik
Paula Tuffin
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel.: (973) 643-7000
Fax: (973) 643-6500

-- *and* --

Jonathan J. Lerner
Lea Haber Kuck
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000